**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Ahren Michael Pettit<br>    Loken  Megan Pettit f/k/a Loken<br>M. Rhodes<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 18-17935 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PNC BANK, N.A. and index same on the master mailing list.

      Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
11 Jan 2022, 14:12:05, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322